B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Amedee, Kevin** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4427** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4100 Ole Miss Drive**<br>**Kenner, LA**<br><br>ZIP Code **70065** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
■ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Amedee, Kevin** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Timothy P. Kirkpatrick,         October  1, 2015** <br> Signature of Attorney for Debtor(s)         (Date) <br> **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Amedee, Kevin** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Kevin Amedee**
_____
Signature of Debtor  **Kevin Amedee**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

 **October  1, 2015**
_____
Date

#### Signature of Attorney*

X  **/s/ Timothy P. Kirkpatrick,**
_____
Signature of Attorney for Debtor(s)

 **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914**
Printed Name of Attorney for Debtor(s)

 **Kirkpatrick and Associates, LLC**
Firm Name

 **3501 N. Causeway Blvd., Ste# 750**
 **Metairie, LA 70002**

_____
Address

 **Email: kirkpatrick@kirkpatrick-law.com**
 **504-828-3311  Fax: 504-828-3314**
Telephone Number

 **October  1, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐  Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ACKNOWLEDGMENT OF RECEIPT

I acknowledge that I have received from Kirkpatrick & Associates, LLC, a copy of each of the following agreement and notices:

1. **Consultation Agreement**
2. **Notice Mandated By Section 342(b)(1) and 527(a)(1) of the Bankruptcy Code**
3. **Notice Mandated By Section 527(a)(2) of the Bankruptcy Code**
4. **Notice Mandated By Section 527(b) of the Bankruptcy Code**
5. **Notice Mandated By Section 342(b)(2) of the Bankruptcy Code**
6. **The Bankruptcy Information Sheet**

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

Kevin Amedee
**PRINT NAME**

**SIGNATURE**

**PRINT NAME**

**SIGNATURE**

# KIRKPATRICK & ASSOCIATES, LLC

### Certificate of filing of tax returns

PRINT NAME: KEVIN   M   AMEDEE

I          H          W

I certify, under penalty of perjury, that I have filed all tax returns that were required to have been filed during the years: 2011, 2012, 2013 and 2014.

SIGN _____   DATE  9/25/2015

# DEBTOR'S REQUEST FOR WAGE ORDER

Debtor: **Kevin Amedee**

I hereby request that Trustee, SJ Beaulieu, Jr. serve my employer with a wage order.  I
understand that I am responsible for making my plan payments to the Trustee before my
employer begins making payments.  I also understand that I am responsible for making
my payments if my income from this employer ends or is interrupted for a reason.

| Employer's Name and Address: | **Treasure Chest Casino**<br>**5050 Williams Blvd.**<br>**Kenner, LA 70065** |
| --- | --- |
| Pay Frequency: | **Bi-weekly** |
| Amount of Plan Payment per Pay Period | $ 113.81 |

Kevin Amedee

# KIRKPATRICK & ASSOCIATES, LLC

## PAY ADVICE CERTIFICATE

I under stand that the Bankruptcy Code requires that I provide to Trustee and any party that makes timely request, all pay advices that I have received from any employer during the 60 days preceding the date of the filing of the petition.  To be safe, I am providing 70 days of Pay Advices.  Pay Advices include stubs or other documentation reflecting paychecks, bonuses, commissions, or any monetary consideration from an employer.  I understand that the failure to fully comply with this requirement may result in my case being dismissed without hearing at any point during my case and I will not get a discharge.

I understand that my petition will be filed on 10/01/2015
During the 60 days preceding the above date, I will have received pay advices from **1** employer(s) (insert number of employers)
The employer(s) name(s), pay frequency, and date of the issuance of my next pay advice are:

| EMPLOYER | FREQUENCY | NEXT PAY DATE |
|---|---|---|
| **A Treasure Chest Casino** | Bi-weekly | 10/09/15 |
| **B** | | |
| **C** | | |

I certify that the only pay advices that I will have received during the 70 days preceding the date that my petition will be filed are listed below:
**Employer: Treasure Chest Casino**

| No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ |
|---|---|---|---|---|---|---|---|---|
| A1 | 9/25/2015 | $723.42 | B1 | | | C1 | | |
| A2 | 9/11/2015 | $773.54 | B2 | | | C2 | | |
| A3 | 8/28/2015 | $723.18 | B3 | | | C3 | | |
| A4 | 8/14/2015 | $818.13 | B4 | | | C4 | | |
| A5 | 7/31/2015 | $735.61 | B5 | | | C5 | | |
| A6 | 7/17/2015 | $783.77 | B6 | | | C6 | | |
| A7 | 7/3/2015 | $838.92 | B7 | | | C7 | | |
| A8 | | | B8 | | | C8 | | |
| A9 | | | B9 | | | C9 | | |
| A10 | | | B10 | | | C10 | | |

I certify that I understand the information provided above and the accuracy of the Pay Advice information I have provided to Kirkpatrick & Associates, LLC.

_____          10/1/2015
SIGN                                          DATE



**Date: 07/03/2015 - Regular**

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | Pay Advice # | 000624960 |
| Employee ID | 107419 | Period Begin Date | 06/15/2015 |
| Department | SECURITY | Period End Date | 06/28/2015 |
| Base Pay Rate | $11.0000 | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | | Allowances | | Additional Amounts |
|---|---|---|---|---|---|---|
| Federal | | Single | | 2 | | |
| Primary State | | Single | | 1 | | |
| Secondary State | | | | 0 | | |
| Local | | | | 0 | | |

| Earnings | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|
| Overtime | | 11.0000 | 8.50 | $140.25 | $272.25 |
| Regular | | 11.0000 | 75.50 | $830.50 | $2,854.50 |
| Training | | 11.0000 | 4.50 | $49.50 | $178.75 |
| Security Tips | | | | $0.00 | $91.82 |
| **Total Earnings :** | | | | **$1,020.25** | **$3,397.32** |
| **PRE-TAX DEDUCTIONS** | | | | **This Period** | **YTD** |
| **TOTAL PRE-TAX DEDUCTIONS:** | | | | **$0.00** | **$0.00** |
| **Taxes** | | | | **This Period** | **YTD** |
| Federal Withholding Tax | | | | $75.87 | $217.55 |
| LA State Income Tax | | | | $26.42 | $81.39 |
| dicare Tax | | | | $14.79 | $49.26 |
| ocial Security Tax | | | | $63.25 | $210.63 |
| **Total Taxes :** | | | | **$180.33** | **$558.83** |
| **AFTER-TAX DEDUCTIONS** | | | | **This Period** | **YTD** |
| United Way | | | | $1.00 | $3.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | | | | **$1.00** | **$3.00** |
| **Net Pay** | | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | | **$838.92** | **$2,835.49** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,020.25 | $3,397.32 |
| Pre-Tax Deductions | $0.00 | $0.00 |
| Federal Taxable Wages | $1,020.25 | $3,397.32 |
| Social Security Taxable Wages | $1,020.25 | $3,397.32 |
| Medicare (HI) Taxable Wages | $1,020.25 | $3,397.32 |
| State Taxable Wages | $1,020.25 | $3,397.32 |
| Total Taxes | $180.33 | $558.83 |
| After-Tax Deductions | $1.00 | $3.00 |
| **Net Pay** | **$838.92** | **$2,835.49** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $838.92 | <...2918> | Capital One, National Association |

**TREASURE CHEST**
**C A S I N O**

Date: 07/17/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | Pay Advice # | 000625604 |
| Employee ID | 107419 | Period Begin Date | 06/29/2015 |
| Department | SECURITY | Period End Date | 07/12/2015 |
| Base Pay Rate | $11.0000 | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 2 | |
| Primary State | | Single | 1 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | $880.00 | $3,734.50 |
| Security Tips | | | $65.40 | $157.22 |
| Overtime | 11.0000 | | $0.00 | $272.25 |
| Training | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | **$945.40** | **$4,342.72** |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| **TOTAL PRE-TAX DEDUCTIONS:** | **$0.00** | **$0.00** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal Withholding Tax | $64.65 | $282.20 |
| LA State Income Tax | $23.65 | $105.04 |
| Medicare Tax | $13.71 | $62.97 |
| Social Security Tax | $58.62 | $269.25 |
| **Total Taxes :** | **$160.63** | **$719.46** |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| United Way | $1.00 | $4.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | **$1.00** | **$4.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$783.77** | **$3,619.26** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $945.40 | $4,342.72 |
| Pre-Tax Deductions | $0.00 | $0.00 |
| Federal Taxable Wages | $945.40 | $4,342.72 |
| Social Security Taxable Wages | $945.40 | $4,342.72 |
| Medicare (HI) Taxable Wages | $945.40 | $4,342.72 |
| State Taxable Wages | $945.40 | $4,342.72 |
| Total Taxes | $160.63 | $719.46 |
| After-Tax Deductions | $1.00 | $4.00 |
| **Net Pay** | **$783.77** | **$3,619.26** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $783.77 | <...2918> | Capital One, National Association |



Date: 07/31/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | |
| Employee ID | 107419 | |
| Department | SECURITY | |
| Base Pay Rate | $11.0000 | |

| | |
|---|---|
| Pay Advice # | 000626244 |
| Period Begin Date | 07/13/2015 |
| Period End Date | 07/26/2015 |
| Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | | Allowances | Additional Amounts |
|---|---|---|---|---|---|
| Federal | | Single | | 2 | |
| Primary State | | Single | | 1 | |
| Secondary State | | | | 0 | |
| Local | | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | $880.00 | $4,614.50 |
| Overtime | 11.0000 | | $0.00 | $272.25 |
| Security Tips | | | $0.00 | $157.22 |
| Training | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | **$880.00** | **$5,222.72** |
| **PRE-TAX DEDUCTIONS** | | | **This Period** | **YTD** |
| **TOTAL PRE-TAX DEDUCTIONS:** | | | **$0.00** | **$0.00** |
| **Taxes** | | | **This Period** | **YTD** |
| Federal Withholding Tax | | | $54.84 | $337.04 |
| LA State Income Tax | | | $21.23 | $126.27 |
| Medicare Tax | | | $12.76 | $75.73 |
| Social Security Tax | | | $54.56 | $323.81 |
| **Total Taxes :** | | | **$143.39** | **$862.85** |
| **AFTER-TAX DEDUCTIONS** | | | **This Period** | **YTD** |
| United Way | | | $1.00 | $5.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | | | **$1.00** | **$5.00** |
| **Net Pay** | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | **$735.61** | **$4,354.87** |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $880.00 | $5,222.72 |
| Pre-Tax Deductions | $0.00 | $0.00 |
| Federal Taxable Wages | $880.00 | $5,222.72 |
| Social Security Taxable Wages | $880.00 | $5,222.72 |
| Medicare (HI) Taxable Wages | $880.00 | $5,222.72 |
| State Taxable Wages | $880.00 | $5,222.72 |
| Total Taxes | $143.39 | $862.85 |
| After-Tax Deductions | $1.00 | $5.00 |
| **Net Pay** | **$735.61** | **$4,354.87** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $735.61 | <...2918> | Capital One, National Association |

**TREASURE CHEST CASINO**

Date: 08/14/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | | | |
|---|---|---|---|---|
| SSN | ***-**-4427 | | Pay Advice # | 000626880 |
| Employee ID | 107419 | | Period Begin Date | 07/27/2015 |
| Department | SECURITY | | Period End Date | 08/09/2015 |
| Base Pay Rate | $11.0000 | | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | | Allowances | Additional Amounts |
|---|---|---|---|---|---|
| Federal | | Single | | 2 | |
| Primary State | | Single | | 1 | |
| Secondary State | | | | 0 | |
| Local | | | | 0 | |

| Earnings | | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|---|
| Overtime | | | 11.0000 | 4.00 | $66.00 | $338.25 |
| Regular | | | 11.0000 | 80.00 | $880.00 | $5,494.50 |
| Security Tips | | | | | $67.04 | $224.26 |
| Training | | | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | | | **$1,013.04** | **$6,235.76** |
| **PRE-TAX DEDUCTIONS** | | | | | **This Period** | **YTD** |
| Value Plan Health Insurance | | | | | $21.00 | $21.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | | | | | **$21.00** | **$21.00** |
| **Taxes** | | | | | **This Period** | **YTD** |
| Federal Withholding Tax | | | | | $71.64 | $408.68 |
| LA State Income Tax | | | | | $25.38 | $151.65 |
| Medicare Tax | | | | | $14.38 | $90.11 |
| ial Security Tax | | | | | $61.51 | $385.32 |
| **Total Taxes :** | | | | | **$172.91** | **$1,035.76** |
| **AFTER-TAX DEDUCTIONS** | | | | | **This Period** | **YTD** |
| United Way | | | | | $1.00 | $6.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | | | | | **$1.00** | **$6.00** |
| **Net Pay** | | | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | | | **$818.13** | **$5,173.00** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 19.83 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,013.04 | $6,235.76 |
| Pre-Tax Deductions | $21.00 | $21.00 |
| Federal Taxable Wages | $992.04 | $6,214.76 |
| Social Security Taxable Wages | $992.04 | $6,214.76 |
| Medicare (HI) Taxable Wages | $992.04 | $6,214.76 |
| State Taxable Wages | $992.04 | $6,214.76 |
| Total Taxes | $172.91 | $1,035.76 |
| After-Tax Deductions | $1.00 | $6.00 |
| **Net Pay** | **$818.13** | **$5,173.00** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $818.13 | <...2918> | Capital One, National Association |



Date: 08/14/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | | |
|---|---|---|---|
| SSN | ***-**-4427 | Pay Advice # | 000626880 |
| Employee ID | 107419 | Period Begin Date | 07/27/2015 |
| Department | SECURITY | Period End Date | 08/09/2015 |
| Base Pay Rate | $11.0000 | Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 2 | |
| Primary State | | Single | 1 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Overtime | 11.0000 | 4.00 | $66.00 | $338.25 |
| Regular | 11.0000 | 80.00 | $880.00 | $5,494.50 |
| Security Tips | | | $67.04 | $224.26 |
| Training | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | **$1,013.04** | **$6,235.76** |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Value Plan Health Insurance | $21.00 | $21.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | **$21.00** | **$21.00** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal Withholding Tax | $71.64 | $408.68 |
| LA State Income Tax | $25.38 | $151.65 |
| Medicare Tax | $14.38 | $90.11 |
| Social Security Tax | $61.51 | $385.32 |
| **Total Taxes :** | **$172.91** | **$1,035.76** |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| United Way | $1.00 | $6.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | **$1.00** | **$6.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$818.13** | **$5,173.00** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 19.83 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,013.04 | $6,235.76 |
| Pre-Tax Deductions | $21.00 | $21.00 |
| Federal Taxable Wages | $992.04 | $6,214.76 |
| Social Security Taxable Wages | $992.04 | $6,214.76 |
| Medicare (HI) Taxable Wages | $992.04 | $6,214.76 |
| State Taxable Wages | $992.04 | $6,214.76 |
| Total Taxes | $172.91 | $1,035.76 |
| After-Tax Deductions | $1.00 | $6.00 |
| **Net Pay** | **$818.13** | **$5,173.00** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $818.13 | <...2918> | Capital One, National Association |

TREASURE CHEST CASINO

Date: 08/28/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | |
| Employee ID | 107419 | |
| Department | SECURITY | |
| Base Pay Rate | $11.0000 | |

| | |
|---|---|
| Pay Advice # | 000627527 |
| Period Begin Date | 08/10/2015 |
| Period End Date | 08/23/2015 |
| Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 2 | |
| Primary State | | Single | 1 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Overtime | 11.0000 | 0.25 | $4.13 | $342.38 |
| Regular | 11.0000 | 80.00 | $880.00 | $6,374.50 |
| Security Tips | | | $0.00 | $224.26 |
| Training | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | **$884.13** | **$7,119.89** |
| **PRE-TAX DEDUCTIONS** | | | **This Period** | **YTD** |
| Value Plan Health Insurance | | | $21.00 | $42.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | | | **$21.00** | **$42.00** |
| **Taxes** | | | **This Period** | **YTD** |
| Federal Withholding Tax | | | $52.31 | $460.99 |
| LA State Income Tax | | | $20.61 | $172.26 |
| Medicare Tax | | | $12.52 | $102.63 |
| Social Security Tax | | | $53.51 | $438.83 |
| **Total Taxes :** | | | **$138.95** | **$1,174.71** |
| **AFTER-TAX DEDUCTIONS** | | | **This Period** | **YTD** |
| United Way | | | $1.00 | $7.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | | | **$1.00** | **$7.00** |
| **Net Pay** | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | **$723.18** | **$5,896.18** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 22.91 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $884.13 | $7,119.89 |
| Pre-Tax Deductions | $21.00 | $42.00 |
| Federal Taxable Wages | $863.13 | $7,077.89 |
| Social Security Taxable Wages | $863.13 | $7,077.89 |
| Medicare (HI) Taxable Wages | $863.13 | $7,077.89 |
| State Taxable Wages | $863.13 | $7,077.89 |
| Total Taxes | $138.95 | $1,174.71 |
| After-Tax Deductions | $1.00 | $7.00 |
| **Net Pay** | **$723.18** | **$5,896.18** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $723.18 | <...2918> | Capital One, National Association |



Pay Date: 08/28/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | |
| Employee ID | 107419 | |
| Department | SECURITY | |
| Base Pay Rate | $11.0000 | |

| | | |
|---|---|---|
| Pay Advice # | 000627527 | |
| Period Begin Date | 08/10/2015 | |
| Period End Date | 08/23/2015 | |
| Pay Frequency | Bi-weekly | |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 2 | |
| Primary State | | Single | 1 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Overtime | 11.0000 | 0.25 | $4.13 | $342.38 |
| Regular | 11.0000 | 80.00 | $880.00 | $6,374.50 |
| Security Tips | | | $0.00 | $224.26 |
| Training | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | **$884.13** | **$7,119.89** |

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Value Plan Health Insurance | $21.00 | $42.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | **$21.00** | **$42.00** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal Withholding Tax | $52.31 | $460.99 |
| LA State Income Tax | $20.61 | $172.26 |
| Medicare Tax | $12.52 | $102.63 |
| Social Security Tax | $53.51 | $438.83 |
| **Total Taxes :** | **$138.95** | **$1,174.71** |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| United Way | $1.00 | $7.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | **$1.00** | **$7.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$723.18** | **$5,896.18** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 22.91 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $884.13 | $7,119.89 |
| Pre-Tax Deductions | $21.00 | $42.00 |
| Federal Taxable Wages | $863.13 | $7,077.89 |
| Social Security Taxable Wages | $863.13 | $7,077.89 |
| Medicare (HI) Taxable Wages | $863.13 | $7,077.89 |
| State Taxable Wages | $863.13 | $7,077.89 |
| Total Taxes | $138.95 | $1,174.71 |
| After-Tax Deductions | $1.00 | $7.00 |
| **Net Pay** | **$723.18** | **$5,896.18** |

Pay Distribution List

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $723.18 | <...2918> | Capital One, National Association |



Date: 09/11/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | |
| Employee ID | 107419 | |
| Department | SECURITY | |
| Base Pay Rate | $11.0000 | |

| | |
|---|---|
| Pay Advice # | 000628170 |
| Period Begin Date | 08/24/2015 |
| Period End Date | 09/06/2015 |
| Pay Frequency | Bi-weekly |

| Taxes | State Codes | | Marital Status | | Allowances | | Additional Amounts |
|---|---|---|---|---|---|---|---|
| Federal | | | Single | | 2 | | |
| Primary State | | | Single | | 1 | | |
| Secondary State | | | | | 0 | | |
| Local | | | | | 0 | | |

| Earnings | | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|---|
| Overtime | | | 11.0000 | 0.24 | $3.96 | $346.34 |
| Regular | | | 11.0000 | 80.00 | $880.00 | $7,254.50 |
| Security Tips | | | | | $68.54 | $292.80 |
| Training | | | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | | | **$952.50** | **$8,072.39** |
| **PRE-TAX DEDUCTIONS** | | | | | **This Period** | **YTD** |
| Value Plan Health Insurance | | | | | $21.00 | $63.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | | | | | **$21.00** | **$63.00** |
| **Taxes** | | | | | **This Period** | **YTD** |
| Federal Withholding Tax | | | | | $62.56 | $523.55 |
| LA State Income Tax | | | | | $23.14 | $195.40 |
| Medicare Tax | | | | | $13.51 | $116.14 |
| Social Security Tax | | | | | $57.75 | $496.58 |
| **Total Taxes :** | | | | | **$156.96** | **$1,331.67** |
| **AFTER-TAX DEDUCTIONS** | | | | | **This Period** | **YTD** |
| United Way | | | | | $1.00 | $8.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | | | | | **$1.00** | **$8.00** |
| **Net Pay** | | | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | | | **$773.54** | **$6,669.72** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 25.99 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $952.50 | $8,072.39 |
| Pre-Tax Deductions | $21.00 | $63.00 |
| Federal Taxable Wages | $931.50 | $8,009.39 |
| Social Security Taxable Wages | $931.50 | $8,009.39 |
| Medicare (HI) Taxable Wages | $931.50 | $8,009.39 |
| State Taxable Wages | $931.50 | $8,009.39 |
| Total Taxes | $156.96 | $1,331.67 |
| After-Tax Deductions | $1.00 | $8.00 |
| **Net Pay** | **$773.54** | **$6,669.72** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $773.54 | <...2918> | Capital One, National Association |



Date: 09/25/2015 - Regular

Treasure Chest Casino
5050 Williams Blvd.
Kenner, LA 70065

KEVIN M AMEDEE
4100 OLE MISS DRIVE
KENNER, LA 70065

| | | |
|---|---|---|
| SSN | ***-**-4427 | |
| Employee ID | 107419 | |
| Department | SECURITY | |
| Base Pay Rate | $11.0000 | |

| | |
|---|---|
| Pay Advice # | 000628819 |
| Period Begin Date | 09/07/2015 |
| Period End Date | 09/20/2015 |
| Pay Frequency | Bi-weekly |

| Taxes | State Codes | Marital Status | | Allowances | Additional Amounts |
|---|---|---|---|---|---|
| Federal | | Single | | 2 | |
| Primary State | | Single | | 1 | |
| Secondary State | | | | 0 | |
| Local | | | | 0 | |

| Earnings | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|
| Overtime | | 11.0000 | 0.27 | $4.46 | $350.80 |
| Regular | | 11.0000 | 80.00 | $880.00 | $8,134.50 |
| Security Tips | | | | $0.00 | $292.80 |
| Training | | 11.0000 | | $0.00 | $178.75 |
| **Total Earnings :** | | | | **$884.46** | **$8,956.85** |

895.69 - gross
147.07 - tax

| PRE-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| Value Plan Health Insurance | $21.00 | $84.00 |
| **TOTAL PRE-TAX DEDUCTIONS:** | **$21.00** | **$84.00** |

| Taxes | This Period | YTD |
|---|---|---|
| Federal Withholding Tax | $52.36 | $575.91 |
| LA State Income Tax | $20.62 | $216.02 |
| Medicare Tax | $12.52 | $128.66 |
| Social Security Tax | $53.54 | $550.12 |
| **Total Taxes :** | **$139.04** | **$1,470.71** |

| AFTER-TAX DEDUCTIONS | This Period | YTD |
|---|---|---|
| United Way | $1.00 | $9.00 |
| **TOTAL AFTER-TAX DEDUCTIONS:** | **$1.00** | **$9.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$723.42** | **$7,393.14** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| PTO Hours Available | 29.06 | |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $884.46 | $8,956.85 |
| Pre-Tax Deductions | $21.00 | $84.00 |
| Federal Taxable Wages | $863.46 | $8,872.85 |
| Social Security Taxable Wages | $863.46 | $8,872.85 |
| Medicare (HI) Taxable Wages | $863.46 | $8,872.85 |
| State Taxable Wages | $863.46 | $8,872.85 |
| Total Taxes | $139.04 | $1,470.71 |
| After-Tax Deductions | $1.00 | $9.00 |
| **Net Pay** | **$723.42** | **$7,393.14** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $723.42 | <...2918> | Capital One, National Association |

# CMI Worksheet (To Compute Average Monthly Income Over Last 6 Months)  (Do NOT include any Social Security or Unemployment Benefits) (CMI.wpt rev. 12/2/05)

Client: Amedee

| Month ☞ | 4/15 | 5/15 | 6/15 | 7/15 | 8/15 | 9/15 | Average | / | / | / | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employer: Andunce First  Gross wages (including overtime, bonuses, and commission) | $— | $4187 | $1958.28 | $2245.65 | $1897.17 | $1836.96 | $1462.81 | $ | $ | $ | $ |
| Employer:  Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Employer:  Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Employer:  Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Business Income (Sole proprietorship) Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary business expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Business income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Net Rental Income Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary operating expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Rental income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Interest, Dividends and Royalties | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Pension and Retirement Income (1) Private Retirement Plan | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Military Retirement | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Regular contributions to household: (1) Alimony or Child Support | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Roommates | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Contributions from family | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Unemployment Benefits   (if law requires) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Income from other sources: (1) Annuity Income Payments | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Distributions from a trust | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Worker's Compensation | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (4) Disability Income (Not Soc. Sec.) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (5) Other: | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| TOTAL FOR MONTH: | $ | $ | $ | $ | $ | $ | $ 1462.81 | $ | $ | $ | $ |

I verify, under penalty of perjury, that this page contains complete & accurate information as to all income I received during the last 6 months, to the best of my knowledge & based on records in my possession or under my control, (other than money received from Social Security or Unemployment).

Dated: 10/11/2015   Client Signature: _____   Co-Client's Signature: _____

(Note: To be signed at "final" signing appt.)   (if joint filing)

180

## MITSUBISHI

**1997 MONTERO-V6-4WD**

| | Taxex | Average Taxex | Clean Loan | Body Type | Model Number | MSRP | Avg'n | Clean Loan |
|---|---|---|---|---|---|---|---|---|
| | 475 | 1000 | 1425 | Utility 4D LS | | R41 | 29290 | 4385 |
| | 650 | 1225 | 1675 | Utility 4D SR | | R51 | 36460 | 4440 |

**MITSUBISHI OPTIONS**

Add Leather Seats (Std. XLS) ........ 100 / 125
Add Power Seat (Std. SR, XLS) ........ 50 / 75
Ded W/o Cruise (Ex. Sport ES) ........ 150 / 150

**1996 MONTERO-V6-4WD**

| 450 | 975 | 1400 | Utility 4D LS |
| 600 | 1150 | 1600 | Utility 4D SR |

Add Automatic Trans. ........ 975 / 1375

**1996 PICKUP-4 Cyl.-5 Spd.**

| 475 | 975 | 1375 | Mighty Max |

## NISSAN

**2007 PATHFINDER-V6-4WD**

| 5300 | 6325 | 7150 | Utility 4D S (2WD) |
| 5625 | 6650 | 7500 | Utility 4D SE (2WD) |
| 5875 | 8525 | Utility 4D LE (2WD) |
| 6175 | 7250 | 8125 | Utility 4D S |
| 6575 | 7650 | 8525 | Utility 4D SE |
| 7150 | 8250 | 9150 | Utility 4D LE |

Add Bose Stereo (Std. LE) ........ 150 / 175
Ded W/out Air Conditioning ........ 275 / 275
Add Navigation System ........ 250 / 250
Add Power Sunroof (Std. LE) ........ 275 / 325

**2007 MURANO-V6-AWD**

| 5050 | 6050 | 6875 | Utility S (2WD) |
| 5725 | 6775 | 7625 | Utility SL (2WD) |
| 5850 | 7125 | Utility S |
| 6075 | 7125 | 7975 | Utility SL |
| 6325 | 7400 | 8275 | Utility SE |

Add Navigation System ........ 800 / 900
Add Leather Seats (Std. Touring) ........ 150 / 175
Add Power Sunroof (Std. Touring) ........ 275 / 325
Add Rear Entertainment System

*Mileage Class: II*

**2007 FRONTIER PICKUP-V6**

Add Rear Air Conditioning
Ded W/out Automatic Trans.

*Mileage Class: I*

**2007 ARMADA-V8-4WD**

| 7600 | 8900 | 9875 |
| 8175 | 9500 | 11025 |
| 9475 | 10875 | 12025 |

Add Bose Stereo (Std. LE)
Add Leather Seats (Std. LE)
Add Navigation System

## NISSAN

**2007 QUEST-V6**

| | | | Van 3.5 |
| | | | Van 3.5 S |
| | | | Van 3.5 SE |

Add Rear Entertainment System
Add Bose Stereo (Std. SE)
Add Leather Seats (Std. SE)
Add Navigation System

**2007 FRONTIER PICKUP-V6**

| | | King Cab XE (4 Cyl.) |
| | | King Cab XE |
| | | King Cab SE |
| | | King Cab NISMO |
| | | King Cab LE |
| | | Crew Cab SE |
| | | Crew Cab NISMO |
| | | Crew Cab LE |

Add A/A Wheels (Std. NISMO, LE)
Add Cruise (Std. NISMO, LE)
Add Leather Seats
Add Navigation System
Add Power Locks (Std. NISMO, LE)

**2007 TITAN PICKUP-V8**

| | | King Cab XE |
| | | King Cab SE |
| | | King Cab LE |
| | | Crew Cab XE |
| | | Crew Cab SE |
| | | Crew Cab LE |

Add Power Sunroof
Add Rear Entertainment System
Add Navigation System

**2007 XTERRA-V6**

| | | Utility 4D X |
| | | Utility 4D S |
| | | Utility 4D SE |
| | | Utility 4D Off-Road (4WD) |

Add Off-Road Pkg
Add Aluminum/Alloy Wheels (XE)
Add Power Seat (Std. LE)
Add Rockford Fosgate (Std. LE)

## NISSAN

Ded W/out Power Door Locks

181

StateFarm

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**

[X] State Farm Mutual Automobile Ins. Co.      [ ] State Farm Fire and Casualty Co.

4700 S Providence Rd        Columbia MO 65217
INSURED    AMEDEE, KEVIN M                        MUTL VOL

POLICY NUMBER      583 9396-A18-18J          EFFECTIVE
YR  2007  MAKE    NISSAN           JUL 18 2015  TO  JAN 18 2016
MODEL    TITAN          VIN   1N6BA07A07N208379
AGENT    JOHN M PARR                               1637-ADC
         KENNER, LA 70065
PHONE  (504)464-7276      NAIC #  25178
    A C D250 Q500 H R1 U

EXCLUDED DRIVER(S)
    N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS
EVIDENCE OF LIABILITY INSURANCE.

---

**Louisiana Auto Insurance Identification Card**

Policy Number: 22460976-2          NAIC Number: 44695
Effective Date: 07/04/2015          Expiration Date: 07/04/2016
Insurer: Progressive Paloverde Insurance Co 1-800-776-4737
    P.O. Box 31260 Tampa, FL 33631
Named Insured(s):
KEVIN AMEDEE

| Year | Make   | Model       | VIN               |
|------|--------|-------------|-------------------|
| 2013 | Ducati | Monster 696 | ZDM1RADN7D8067926 |

---

FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD FOLD

An insurer authorized to transact business in Louisiana has issued the
Motor Vehicle Policy identified hereon. The coverage provided by this
policy meets the minimum liability insurance limits prescribed by law.

This card must be carried in the vehicle at all times as evidence of liability
insurance.

IMPORTANT NOTICE: La. R.S. 32:863.1 requires that an operator of a motor
vehicle produce upon demand by a law enforcement officer documentation
of motor vehicle security which is required to be maintained within the
vehicle at all times. Failure to comply may result in fines, revocation of
registration privileges and block against the renewal or issuance of a
driver's license.

## GET A PROFESSIONAL ESTIMATE



**Karen Trebes**    PREMIER AGENT
★★★★★ (52)
50 Recent sales
(504) 266-0461



**Danielle Marcotte**    PREMIER AGENT
★★★★½ (12)
(504) 313-4561



**Robin Franks**    PREMIER AGENT
★★★★★ (7)
63 Recent sales
(504) 662-9599

 Your Name

 Phone

 Email

I own this home and would like a professional estimate at 4100 Ole Miss Dr, Kenner, LA 70065



Learn how to appear as the agent above

## Similar Homes for Sale

| | |
|---|---|
| (Undisclosed Address), Kenner, LA 70065 | **FOR SALE** **$125,000** 2 beds, 3.0 baths, 1300 s... (Undisclosed Address), ... |
| 4133 Loire Dr APT B, Kenner, LA 70065 | **FOR SALE** **$119,000** 2 beds, 2.0 baths, 1300 s... 4133 Loire Dr APT B, Ke... |
| 4240 Ole Miss Dr, Kenner, LA 70065 | **FOR SALE** **$145,000** 3 beds, 2.0 baths, 1334 s... 4240 Ole Miss Dr, Kenne... |

See listings near 4100 Ole Miss Dr

# 4100 Ole Miss Dr, Kenner, LA 70065

**-- beds · -- baths · -- sqft** Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

**Zestimate®: $137,702**

Update my Zestimate

Rent Zestimate®: $1,200/mo

Est. Refi Payment **$1,344/mo**

▦ ▾

**See current rates**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Kevin Amedee**      Case No. _____

                      Debtor(s)      Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kevin Amedee**
                        **Kevin Amedee**

Date:    **October  1, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Kevin Amedee**                                                ,        Case No. _____

                                            Debtor

                                                                Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 137,702.00 | | |
| B - Personal Property | Yes | 4 | 22,665.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 117,680.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 44,051.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,622.01 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,375.14 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | Total Assets | | 160,367.00 | | |
| | | Total Liabilities | 161,731.97 | | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Kevin Amedee**                         ,    Case No. _____

                        Debtor                 Chapter _____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 1,622.01 |
| Average Expenses (from Schedule J, Line 22) | 1,375.14 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 1,492.81 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 44,051.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 44,051.97 |

B6A (Official Form 6A) (12/07)

.

In re     **Kevin Amedee**                                                                                , Case No. _____
                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **4100 Ole Miss Drive, Kenner, LA 70065** | **Fee Simple** | - | **137,702.00** | **106,098.00** |

| | | |
|---|---:|---|
| Sub-Total > | 137,702.00 | (Total of this page) |
| Total > | 137,702.00 | |

____**0**____  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Kevin Amedee**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One Checking** | - | 549.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | - | 1,000.00 |
| | | | **Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession)** | - | Unknown |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothes** | - | 100.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 guns** | - | 1,000.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **2,649.00** |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kevin Amedee**                                                                ,        Case No. _____
                                                            **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement** | **-** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kevin Amedee**                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Nissan Titan LE Crew Cab** | - | **11,100.00** |
| | | **2013 Ducati Monster 696 - Surrendering** | - | **8,916.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Earned Income Credit** | - | **Unknown** |
| | | **Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive.** | - | **Unknown** |

                                                          Sub-Total >        **20,016.00**
                                                        (Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Kevin Amedee_____,   Case No. _____
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| **Possible FEMA Benefits** | | | **-** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **22,665.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Kevin Amedee**                                          ,          Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4100 Ole Miss Drive, Kenner, LA 70065** | **La. Const. Art. 12, § 9; LSA-R.S. § 20:1** | **35,000.00** | **137,702.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **LSA-R.S. § 13:3881(A)(4)(a)** | **100%** | **1,000.00** |
| **Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession)** | **LSA-R.S. § 13:3881(A)(4)(a)** | **100%** | **Unknown** |
| **Wearing Apparel** | | | |
| **Clothes** | **LSA-R.S. § 13:3881(A)(4)(a)** | **100%** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 guns** | **LSA-R.S. § 13:3881(A)(4)(g)** | **1,000.00** | **1,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement** | **LSA-R.S. §§ 20:33(1), 13:3881(D)** | **100%** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Nissan Titan LE Crew Cab** | **LSA-R.S. § 13:3881(A)(7)** | **7,500.00** | **11,100.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Earned Income Credit** | **LSA-R.S. § 13:3881(A)(6)** | **100%** | **Unknown** |
| **Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive.** | **42 U.S.C.A. § 407** | **100%** | **Unknown** |
| **Possible FEMA Benefits** | **44 C.F.R. § 206.110(g)** | **100%** | **Unknown** |
| | Total: | **44,600.00** | **150,902.00** |

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Kevin Amedee**                                                    , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx8748** | | | Security Agreement | | | | | |
| Creditor #: 1 Frdmroad Fin 10509 Professional Cir S Reno, NV 89521 | | - | 2013 Ducati Monster 696 - Surrendering | | | | | |
| | | | Value $          8,916.00 | | | | 8,916.00 | 0.00 |
| Account No. **xxxxxxxxxxx5673** | | | Security Agreement | | | | | |
| Creditor #: 2 Nationwde Bk 1 Nationwide Plz Columbus, OH 43215 | | - | 2007 Nissan Titan LE Crew Cab | | | | | |
| | | | Value $          11,100.00 | | | | 2,666.00 | 0.00 |
| Account No. **xxxxxxxx4402** | | | Mortgage | | | | | |
| Creditor #: 3 Pnc Mortgage PO Box 1820 Dayton, OH 45401 | | - | 4100 Ole Miss Drive, Kenner, LA 70065 | | | | | |
| | | | Value $          137,702.00 | | | | 106,098.00 | 0.00 |
| Account No. | | | | | | | | |
| Jackson and McPherson, LLC 1010 Common Street Suite 1800 New Orleans, LA 70112-2401 | | | Representing: Pnc Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | 117,680.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 117,680.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Kevin Amedee**                                                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                    __0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Kevin Amedee**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 'xxxxxxx3219 | | | Charge Account | | | | |
| Creditor #: 1 Bby/Cbna 50 Northwest Point Road Elk Grove Village, IL 60007 | | - | | | | | 586.00 |
| Account No. 'xxxxxxx5058 | | | Credit Card | | | | |
| Creditor #: 2 Capital One 15000 Capital One Dr Richmond, VA 23238 | | - | | | | | 1,081.00 |
| Account No. 'xxxxxxx0359 | | | Credit Card Sold to: Midland Funding LLC | | | | |
| Creditor #: 3 Capital One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | - | | | | | 1.00 |
| Account No. 'xxxxxxx9274 | | | Credit Card | | | | |
| Creditor #: 4 Chase PO Box 15298 Wilmington, DE 19850 | | - | | | | | 3,095.00 |
| __2__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 4,763.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
S/N:28611-150709    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin Amedee**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 'xxxxxxxx7639<br><br>**Creditor #: 5**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | | | **Credit Card** | | | | 1,833.00 |
| Account No. 'xxxxxxxx8052<br><br>**Creditor #: 6**<br>**Discoverbank**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | - | | | **Credit Card** | | | | 5,149.00 |
| Account No. 'xxx4416<br><br>**Creditor #: 7**<br>**Lending Club**<br>**71 Stevenson St Ste 300**<br>**San Francisco, CA 94105** | - | | | **Unsecured** | | | | 5,675.00 |
| Account No. xxx6595<br><br>**Creditor #: 8**<br>**Ochsner**<br>**1514 Jefferson Hwy.**<br>**New Orleans, LA 70121** | - | | | **Medical** | | | | 19,081.32 |
| Account No.<br><br>**Creditor #: 9**<br>**Ochsner**<br>**1514 Jefferson Hwy.**<br>**New Orleans, LA 70121** | - | | | **Medical** | | | | 512.65 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32,250.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Amedee**                                              ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **One Advantage, LLC** **7650 Magna Drive** **Belleville, IL 62223** | | | **Representing:** **Ochsner** | | | | **Notice Only** |
| Account No. **'xxxx8400** | | | **Credit Card** | | | | |
| **Creditor #: 10** **St Farm Bk** **3 State Farm Plaza N-4** **Bloomington, IL 61791** | | - | | | | | **2,942.00** |
| Account No. **'xxxxxxxx6006** | | | **Charge Account** | | | | |
| **Creditor #: 11** **Syncb/Walmar** **PO Box 965024** **Orlando, FL 32896** | | - | | | | | **2,241.00** |
| Account No. **'xxxxxxxx0097** | | | **Charge Account** | | | | |
| **Creditor #: 12** **Thd/Cbna** **PO Box 6497** **Sioux Falls, SD 57117** | | - | | | | | **1,855.00** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **7,038.00** |
| Total (Report on Summary of Schedules) | | **44,051.97** |

B6G (Official Form 6G) (12/07)

In re    **Kevin Amedee**                                                          ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Kevin Amedee**                                  ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kevin Amedee** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income

**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Security | |
| | Employer's name | Treasure Chest Casino | |
| | Employer's address | 5050 Williams Blvd.<br>Kenner, LA 70065 | |
| | How long employed there? | 4 months | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    1,940.66 | $    N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    0.00 | +$    N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $    1,940.66 | $    N/A |

Debtor 1   **Kevin Amedee**                                                    Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $  **1,940.66** | $  **N/A** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $  **318.65** | $  **N/A** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **N/A** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **N/A** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **N/A** |
| 5e. **Insurance** | 5e. | $  **0.00** | $  **N/A** |
| 5f. **Domestic support obligations** | 5f. | $  **0.00** | $  **N/A** |
| 5g. **Union dues** | 5g. | $  **0.00** | $  **N/A** |
| 5h.+ **Other deductions. Specify:** _____ | 5h.+ | $  **0.00** + | $  **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $  **318.65**   $  **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $  **1,622.01**   $  **N/A**

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **N/A** |
| 8b. **Interest and dividends** | 8b. | $  **0.00** | $  **N/A** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **N/A** |
| 8d. **Unemployment compensation** | 8d. | $  **0.00** | $  **N/A** |
| 8e. **Social Security** | 8e. | $  **0.00** | $  **N/A** |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $  **0.00** | $  **N/A** |
| 8g. **Pension or retirement income** | 8g. | $  **0.00** | $  **N/A** |
| 8h.+ **Other monthly income. Specify:** _____ | 8h.+ | $  **0.00** + | $  **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $  **0.00**   $  **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $  **1,622.01** + $  **N/A** = $  **1,622.01**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $  **1,622.01**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1      **Kevin Amedee**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ■ No

   Do not list Debtor 1     ☐ Yes.   Fill out this information for
   and Debtor 2.                      each dependent...............
   Do not state the
   dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | **Your expenses** |
|---|---|

| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 871.14 |
|---|---|---|---|
|  | **If not included in line 4:** |  |  |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Kevin Amedee**                                                      Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 104.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 50.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 50.00 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 150.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 0.00 |
| 10. | **Personal care products and services** | 10. $ | | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 50.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | | 100.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | | 1,375.14 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 1,622.01 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | | 1,375.14 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | | 246.87 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain:

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Kevin Amedee**                                                  Case No. _____
                                          Debtor(s)          Chapter      **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 1, 2015** _____          Signature    **/s/ Kevin Amedee** _____
                                                                     **Kevin Amedee**
                                                                     Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Kevin Amedee**                                                                     Case No.

                                                    Debtor(s)            Chapter        **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,956.85** | **2015 Income to date** |
| **$60,905.00** | **2014 Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **PNC Bank vs. Kevin Amedee** | **Foreclosure** | **Jefferson Parish** | **Sale date pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)
9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October  1, 2015**                          Signature   **/s/ Kevin Amedee**

                                                            **Kevin Amedee**

                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of Louisiana

In re  **Kevin Amedee**                                                    Case No.
                                              Debtor(s)            Chapter        **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,700.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **3,700.00** |

2.  $ **310.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 1, 2015**                          **/s/ Timothy P. Kirkpatrick,**
                                                     **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914**
                                                     **Kirkpatrick and Associates, LLC**
                                                     **3501 N. Causeway Blvd., Ste# 750**
                                                     **Metairie, LA 70002**
                                                     **504-828-3311  Fax: 504-828-3314**
                                                     **kirkpatrick@kirkpatrick-law.com**

---

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:

**Kevin Amedee**

Bankruptcy Case No.

Debtor

**Bankruptcy Rule 2016(b) Disclosure of Fixed Fee Agreement**

1. I, **Timothy P. Kirkpatrick, 20251/ Mark Needham, 9914,** have agreed to provide the following services to the Debtor(s) on a fixed fee basis for a period ending not less than 120 days after confirmation of Debtor(s)' Chapter 13 plan:

A. Counsel with the Debtor(s) on an as needed basis;

B. Prepare and timely file a proposed Chapter 13 plan and any required amendments to the plan;

C. Prepare and timely file the required petition, schedules, statement of financial affairs, and all other required documents;

D. Prepare and file miscellaneous motions required to protect the debtor(s)' interests in the case;

E. Prepare and file responses to motions filed against debtor(s)-even if the response is a statement that the debtor(s) have no opposition to the relief requested (Section A only)- and attend the scheduled hearing;

F. Attend the 341(a) meeting of creditors;

G. Review all proofs of claim filed; file proofs of claim for secured or priority claimants provided for under the plan, if the claimant does not timely file a proof of claim; and modify the plan after confirmation or object should a timely proof of claim require greater distributions than provided for by the confirmed plan;

H. Prepare and file objections to claims necessary to confirm, implement or enforce the terms of a plan which could have been brought within 120 days of confirmation;

I. Attend the confirmation hearing, if required under the circumstances, including but not limited to if an Objection is filed; and

J. Advise the debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

2. The fixed fee agreement does not include the following services:

A. Representation of the debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

B. Representation of the debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

C. Representation of the debtor(s) in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the debtor(s); and

D. Representation on matters for which the first hearing is set more than 120 days following confirmation.

3. I have not shared or agreed to share any of the compensation paid or to be paid. The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

4. As of the filing of this petition, I have received $ __0.00__ compensation and $ __3,700.00__ will be paid under the chapter 13 plan.

Dated    __October 1, 2015__                                    /s/ Timothy P. Kirkpatrick,
                                                              **Timothy P. Kirkpatrick, 20251/ Mark**
                                                              **Needham, 9914**
                                                              Counsel to Debtor(s)

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **Kevin Amedee** _____   Case No. _____
                              Debtor(s)              Chapter **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Kevin Amedee** _____ | X **/s/ Kevin Amedee** _____ | **October 1, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Kevin Amedee**

Debtor(s)

Case No.

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October  1, 2015**

**/s/ Kevin Amedee**

**Kevin Amedee**
Signature of Debtor

Kevin Amedee
4100 Ole Miss Drive
Kenner, LA 70065

Oehler
1514 Jefferson Hwy.
New Orleans, LA 70121

.

Bby/Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

One Advantage, LLC
7650 Magna Drive
Belleville, IL 62223

Capital One
15000 Capital One Dr
Richmond, VA 23238

Pnc Mortgage
PO Box 1820
Dayton, OH 45401

Capital One
26525 N Riverwoods Blvd
Mettawa, IL 60045

St Farm Bk
3 State Farm Plaza N-4
Bloomington, IL 61791

Chase
PO Box 15298
Wilmington, DE 19850

Syncb/Walmar
PO Box 965024
Orlando, FL 32896

Discoverbank
PO Box 15316
Wilmington, DE 19850

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117

Frdmroad Fin
10509 Professional Cir S
Reno, NV 89521

Jackson and McPherson, LLC
1010 Common Street
Suite 1800
New Orleans, LA 70112-2401

Lending Club
71 Stevenson St Ste 300
San Francisco, CA 94105

Nationwde Bk
1 Nationwide Plz
Columbus, OH 43215

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Kevin Amedee**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Louisiana

Case number
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■   1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐   2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■   3. The commitment period is 3 years.

☐   4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**12/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   **1,492.81** | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   **0.00** | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   **0.00** | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.   Gross receipts (before all deductions)   $ **0.00**

    Ordinary and necessary operating expenses   -$ **0.00**

    Net monthly income from a business, profession, or farm   $ **0.00**   Copy here -> $ **0.00**    $

6.   **Net income from rental and other real property**

    Gross receipts (before all deductions)   $ **0.00**

    Ordinary and necessary operating expenses   -$ **0.00**

    Net monthly income from rental or other real property   $ **0.00**   Copy here -> $ **0.00**    $

Official Form 22C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 1**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Kevin Amedee**                                                        Case number (*if known*)

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**7.**  **Interest, dividends, and royalties**                                     $    0.00      $

**8.**  **Unemployment compensation**                                              $    0.00      $

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                    $         0.00

For your spouse                                            $

**9.**  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                $    0.00      $

**10.**  **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____      $    0.00      $

10b. _____      $    0.00      $

10c.  Total amounts from separate pages, if any.         +  $    0.00      $

**11.**  **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.     $  **1,492.81**  +  $ _____  =  $  **1,492.81**

Total average
monthly income

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12.**  Copy your total average monthly income from line 11.                                          $  **1,492.81**

**13.**  **Calculate the marital adjustment.** Check one:

■  You are not married. Fill in 0 on line 3d.

☐  You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐  You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____      $ _____

13b. _____      $ _____

13c. _____    + $ _____

13d.  Total _____      $    **0.00**     Copy here=> 13d.  -        **0.00**

**14.**  **Your current monthly income.** Subtract line 13d from line 12.       14.  $  **1,492.81**

---

**15.**  **Calculate your current monthly income for the year.** Follow these steps:

15a.  Copy line 14 here=>                                              15a.  $  **1,492.81**

Multiply line 15a by 12 (the number of months in a year).                    **x 12**

15b.  The result is your current monthly income for the year for this part of the form.     15b.  $  **17,913.72**

---

Debtor 1 **Kevin Amedee**                                              Case number (*if known*) _____

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                    **LA**

16b. Fill in the number of people in your household.         **1**

16c. Fill in the median family income for your state and size of household.    16c.  $   **41,681.00**

   To find a list of applicable median income amounts, go online using the link specified in the
   separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

17b. ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11 .**    18.  $   **1,492.81**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

   If the marital adjustment does not apply, fill in 0 on line 19a.    19a. -$   **0.00**

   **Subtract line 19a from line 18.**    19b.  $   **1,492.81**

20. **Calculate your current monthly income for the year.**  Follow these steps:

20a. Copy line 19b    20a.  $   **1,492.81**

   Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form    20b.  $   **17,913.72**

20c. Copy the median family income for your state and size of household from line 16c    $   **41,681.00**

21. **How do the lines compare?**

■   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Kevin Amedee

**Kevin Amedee**
Signature of Debtor 1

Date  **October  1, 2015**
   MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.