UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**KEVIN AMEDEE**

DEBTOR(S)

BANKRUPTCY NO.
15-12527
SECTION "B"
CHAPTER 13

## ORDER CONFIRMING CHAPTER 13 PLAN

Pursuant to a hearing scheduled for December 2, 2015, the Court finds that the plan filed in this case on October 1, 2015, as amended, if applicable, complies with 11 U.S.C. §1325; therefore,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The plan is confirmed and that the debtor(s) shall make payments to the Trustee and to any other parties according to the terms in the plan.

2. All proceeds from the sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtor(s) shall be turned over to the Trustee for administration.

3. The debtor(s) shall provide to the Trustee, at least once every six months until the case is closed, a report on the status of any pending or potential lawsuit in which the debtor(s) is or may be a plaintiff.

4. In cases filed on or after September 16, 2009, the Debtors' Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) is due no later than the date when the last payment is made by the debtor(s) as required by the plan or the filing of a motion for a discharge under §1328(b) of the Code.

5. Any and all objections to confirmation that were not withdrawn are denied.

New Orleans, Louisiana, December 2, 2015

_____
JERRY A. BROWN
BANKRUPTCY JUDGE